# EXHIBIT 1

# EXHIBIT 1

## UNITED STATES INTERNATIONAL TRADE COMMISSION

### Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN ELECTRONIC COMPUTING DEVICES AND COMPONENTS THEREOF** | Inv. No. 337-TA-1382 |

**ORDER NO. 13: GRANTING LENOVO (UNITED STATES) INC.'S UNOPPOSED MOTION SEEKING THE ADMINISTRATIVE LAW JUDGE TO RECOMMEND THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER ROGATORY TO PRIMAX ELECTRONICS LTD.**

(March 6, 2024)

On February 26, 2024, Complainant Lenovo (United States) Inc. ("Lenovo US") filed a motion (Mot. 1382-008) seeking a Recommendation to the United States District Court for the District of Columbia to issue a Letter Rogatory to the Appropriate Judicial Authority of Taiwan to obtain discovery from Primax Electronics Ltd. EDIS Doc. ID 814887. On March 5, 2024, Lenovo US resubmitted a revised version of its motion indicating that it contained no confidential business information. EDIS Doc. ID 815491 ("Mot."). A proposed Recommendation is included with Lenovo US's motion as Exhibit 1, with Lenovo US's proposed Letter Rogatory included as Exhibit 2 to the motion. Lenovo US represents that Respondents ASUSTeK Computer Inc. and ASUS Computer International ("Respondents") do not oppose the motion. Mot. at 1.

Specifically, Lenovo seeks discovery from the following third party:

> Primax Electronics Ltd. ("Primax")
> Number 669, Ruiguang Road
> Neihu District
> Taipei City 114
> Taiwan

Mem. at 1. Lenovo US asserts that Primax is in possession of "documents and information concerning the touchpad functionality in the accused products at least as to how the touchpad determines user finger contact with the touchpad." *Id.* Lenovo US contends that this is highly relevant to claims of infringement of U.S. Patent No. 7,760,189. *Id.* Lenovo US also contends that the discovery is "narrowly tailored to the touchpads manufactured by Primax that are components of the accused products within the relevant time frame[.]" *Id.* at 3.

Accordingly, for good cause shown, and there being no opposition, the motion (1382-008) is hereby GRANTED. The Recommendation to the United States District Court for the District of Columbia is attached to this Order as Exhibit 1. It is respectfully recommended that the United States District Court for the District of Columbia issue the proposed Letter Rogatory attached to this Order as Exhibit 2.

**SO ORDERED.**

Monica Bhattacharyya
Administrative Law Judge